UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VETERINARY IMAGING CENTER OF SAN DIEGO, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-16, <br><br> Defendants. | Civil Action No. 20-10927 |

## PLAINTIFF'S *EX PARTE* MOTION FOR EMERGENCY DISCOVERY

Plaintiff Veterinary Imaging Center of San Diego, Inc. ("Plaintiff" or "VICSD"), pursuant to Federal Rule of Civil Procedure 26(d)(1), hereby moves this Court for expedited discovery to uncover the identities of all Defendants and to protect itself against further infringement from Defendants. Plaintiff's Memorandum of Law and the Declaration of J. Mark Dickison and the Exhibits annexed thereto, in support of this Motion, are submitted contemporaneously herewith.

A Proposed Order granting Plaintiff's *Ex Parte* Motion For Emergency Discovery is also submitted contemporaneously herewith.

- 2 -

Dated:  May 14, 2020                                    Respectfully submitted,

/s/ J. Mark Dickison
J. Mark Dickison (BBO #629170)
John R. Bauer (BBO #630742)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone (617) 439-4990
Facsimile (617) 439-3987
mdickison@lawson-weitzen.com
jbauer@lawson-weitzen.com